IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **GREG S. PETRASHOV,**<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>**HIT WEB DESIGN; HERITAGE WEB SOLUTIONS,,**<br><br>　　　　　　　　　Defendants. | **ORDER AFFIRMING & ADOPTING REPORT & RECOMMENDATION**<br><br>Case No. 2:14CV269DAK<br><br>Judge Dale A. Kimball |

　　　　This court referred the above-captioned case to Magistrate Judge Evelyn Furse under 28 U.S.C. § 636(b)(1)(B). On November 12, 2015, Magistrate Judge Furse issued a Report and Recommendation, recommending that the court dismiss Plaintiff's Complaint without prejudice for failure to serve Defendants properly and in a timely manner. The Report and Recommendation notified Plaintiff that any objection to the Report and Recommendation must be filed within fourteen days of receiving it. The court has not received any objections and the time for doing so has passed.

　　　　A Magistrate Judge's Report and Recommendation is subject to *de novo* review by this court. *See* 28 U.S.C. § 636(b)(1)(B); *see also* Fed. R. Civ. P. 72(b). The court has reviewed the record *de novo* with respect to the present motions. After conducting a *de novo* review of the record with respect to the pending motions, the court finds no basis for reversing or modifying

the Report and Recommendation. Accordingly, Magistrate Judge Furse's November 12, 2015 Report and Recommendation is hereby affirmed and adopted in its entirety as the Order of this court. Therefore, Plaintiff's Complaint is dismissed without prejudice. Accordingly, the Clerk of Court is directed to close the case.

DATED this 10th day of December, 2015.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge